OPINION — AG — QUESTION: "MUST A CANDIDATE FOR THE OFFICE OF COUNTY SUPERINTENDENT OF PUBLIC INSTRUCTION BE FULLY QUALIFIED TO HOLD HIS OFFICE UPON THE DATE OF HIS FILING, OR MAY HE USE THE INTERVENING TIME BETWEEN THE ELECTION (PROVIDING HE IS ELECTED) TO QUALIFY FOR SAID OFFICE BEFORE THE TIME HE IS SWORN INTO THE SAME?" — HE MUST BE FULLY QUALIFIED TO HOLD OFFICE UPON THE DATE OF HIS FILING. CITE: 70 O.S. 1961, 3-1 [70-3-1] (W. J. MONROE)